# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRACY WITHERSPOON**                                                              **PLAINTIFF**

**VS.**                            **CASE NO. 3:20CV00328 PSH**

**ANDREW M. SAUL,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

The defendant's unopposed motion for additional time (docket entry no. 6) in which to file a response to the complaint is granted, and he is directed to submit his response on or before March 12, 2021.

IT IS SO ORDERED this 13th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE