# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRACY WITHERSPOON**                                                                                    **PLAINTIFF**

VS.                    No:  3:20-cv-00328 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                                              **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion to reverse and remand (docket entry no. 24) requests that this case be reversed and remanded for further administrative proceedings.  For good cause shown, the unopposed motion to reverse and remand is granted.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE