IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRACY WITHERSPOON**                                                                 PLAINTIFF

VS.                    No:  3:20-cv-00328 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE