## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION


**TRACY WITHERSPOON**                                                                **PLAINTIFF**


**VS.**                        **CASE NO. 3:20-CV-00328 PSH**


**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                        **DEFENDANT**


### ORDER


Now before the Court is plaintiff Tracy Witherspoon's ("Witherspoon")

motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28

U.S.C. § 2412.  Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is GRANTED, and the EAJA award in the amount of $4,935.97

($4,915.90 in fees and $20.07 in expenses) is approved.  There is nothing

unreasonable about the hours of work performed or the hourly rate requested.

Because the award belongs to Witherspoon, and not her attorney, as set forth in *Astrue*

*v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this

award by check made payable to Witherspoon, in care of her attorney, Stephanie

Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas,

address.

IT IS SO ORDERED this 24th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE